**FILED**

APR 23 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:07-cr-0024-DFL |
| Plaintiff, | |
| v. | <u>REASSIGNMENT ORDER</u> |
| ARTEMIOS MANIATIS, et al., | |
| Defendants. | |

Good cause appearing, and according to Local Rule, Appendix A(f)(1), this case has been reassigned to Senior United States District Judge D. Lowell Jensen for all further proceedings. <u>See also</u> E.D. Cal. L.R. App. A(g) (authorizing the Chief Judge to transfer actions to a visiting Judge).

///

///

1

1 | Henceforth, the parties shall please take note that all
2 | documents in this reassigned case hereafter filed with the Clerk
3 | of the Court shall bear case number 2:07-cr-0024-DLJ.

DATED: April 20, 2007

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
Designated Chief U.S. District Judge

I accept assignment of this case for all further proceedings.

DATED: APRIL 20, 2007

D. LOWELL JENSEN
Senior U.S. District Judge

2