UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>ARTEMIOS MANIATIS ET. AL.<br><br>Defendant. | ORDER FOR THE APPEARANCE OF VERRA MORGAN.<br><br>Cr S-07-024 |

On May 16, 2007, the criminal trial of United States v. Artemios Maniatis Et. Al. began before this Court and Verra Morgan served as a Greek language interpreter during the proceedings. Ms. Morgan's services are required in this case because one of the defendants, Artemios Maniatis, requires the assistance of a Greek language interpreter in order to understand the proceedings. Defendant Maniatis as well as several witnesses for the trial are not residents of the United States and have been in the United States for the past six months awaiting this trial.

Based on information submitted to this Court by the Court's staff, Ms. Morgan, is the only qualified translator available to the Court on May 23, 2007 and May 24, 2007. Without Ms. Morgan's translation services, trial in this matter could not continue on May 23, 2007 and May 24, 2007.

Given the need for a speedy resolution of this case, the interests of justice and the inability of the Court to continue its trial without Ms. Morgan's translation services, Ms. Morgan is ORDERED to appear in United States District Court, Eastern District of California on May 23, 2007 and May 24, 2007 at 9:00 a.m.

IT IS SO ORDERED.

May 16, 2007

_____
D. Lowell Jensen
United States District Judge

1