```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
                               )
       v.                      )
                               )    No. 07-CR-0024 DLJ
ARTEMIOS MANIATIS ET.AL.       )
                               )
                               )    ORDER
            Defendants.        )
_____)
```

On June 18, 2007, Michael G. Chalos and Brian T. McCarthy, who represented defendant Athenian Sea Carriers Limited in this matter, filed papers indicating their intention to appear as co-counsel for defendant Dimitrios Georgakoudis. On June 19, 2007, the government objected to Chalos' and McCarthy's service as co-counsel for Dimitrios Georgakoudis arguing that there is a non-waiveable conflict between their representation of co-defendants Athenian Sea Carriers and Dimitrios Georgakoudis. The Court orders Chalos and McCarthy to show cause by July 10, 2007 as to why they should not be disqualified from serving as co-counsel to Dimitrios Georgakoudis. The government shall submit any reply by July 17, 2007.

IT IS SO ORDERED

Dated: June 20, 2007

_____
D. Lowell Jensen
United States District Judge