```
UNITED STATES OF AMERICA,     )
                              )
              Plaintiff,      )
                              )
      v.                      )
                              )   No. 07-CR-0024 DLJ
ARTEMIOS MANIATIS ET.AL.      )
                              )
                              )   ORDER
              Defendants.     )
_____)
```

On June 15, 2007, Pamfilo Contrano (Petitioner), a witness in United States v. Maniatis et. al., filed a motion requesting that the Court issue an order allowing Petitioner to return his home in the Philippines or in the alternative, order the parties to take Petitioner's deposition pursuant to Rule 15 of the Federal Rules of Criminal Procedure.  For the reasons set forth below, the Court GRANTS Petitioner's motion and orders the government and defense counsel in United States v. Maniatis et. al. to conduct a Rule 15 deposition.

**BACKGROUND**

Petitioner was a crew member of the M/T Captain X Kyriakou (the vessel), which entered the Port of Benicia on November 2, 2006.  Upon entering the Port of Benicia, the vessel was inspected by the United States Coast Guard who conducted a Port State Control Inspection and found evidence of violations of U.S. laws and international regulations.  The case was referred to the United States Attorney's Office who brought Indictments against the vessel's Chief Engineer, Artemios Maniatis; the First Assistant Engineer, Dimitrios Georgakoudis; and the vessel's operator, Athenian Sea Carriers.  The Indictment charged Defendants with conspiracy, making false statements, failing to maintain an accurate oil record book, obstruction of justice, and destruction

of evidence.

Trial for all three defendants was set for May 15, 2007. However, the day before trial, the Court had to sever Dimitrios Georgakoudis from the trial because his attorney experienced a family emergency that prevented him from representing Georgakoudis at trial. The other two defendants, Artemios Maniatis and Athenian Sea Carriers, proceeded to trial and Petitioner testified as a government witness at that trial. The government has indicated that it is proceeding with its case against Dimitrios Georgakoudis and the Court has set this matter for trial on September 24, 2007. The government has stated that Petitioner will be a material witness at this trial.

Petitioner has been in the United States, waiting for this matter to be resolved, since November 2, 2006. His employer, Athenian Sea Carriers, paid him a salary until March of 2007. However, since that time, he has not been paid and is unable to send money home to his family in the Philippines.

**DISCUSSION**

Under 18 U.S.C. § 3144 a material witness can be arrested and detained pending trial. Rule 15 of the Federal Rules of Criminal Procedure sets forth a procedure for taking the deposition of material witnesses in such a case. Rule 15 allows a detained material witness to petition the court to be deposed before trial and permits the court to order such a deposition and discharge the witness once he has signed under oath the deposition transcript. In this case, the Court finds that Petitioner, while not formally

detained under 18 U.S.C. § 3144, is a functionally detained material witness under Rule 15. Petitioner's passport has been taken from him and he has been compelled to remain in the United States pending trial in this matter. Petitioner's life has been placed on hold since November 2, 2006. Petitioner has been unable to work since he entered the United States and no longer has any income to provide to his family in the Philippines.

Requiring Petitioner to remain in the United States for at least another three months would not be in the interests of justice. As noted above, this case was set for trial on May 15, 2007 and the government and defense were prepared to go forward at that time. Accordingly, the government and defense have had ample time to prepare to question Petitioner and his testimony can be adequately preserved for trial through a deposition. The government and defense are ordered to depose Petitioner on Friday, June 29, 2007 at 10 a.m. at the Law Offices of Petitioner's attorney, Brian Getz. The depositions shall be taken pursuant to the provisions set forth in Rule 15 of the Federal Rules of Criminal Procedure. After the deposition is completed and Petitioner signs the deposition transcript, Petitioner is to be given his passport and he is to be permitted to return to his home in the Philippines.

IT IS SO ORDERED

Dated: June 20, 2007

_____
D. Lowell Jensen
United States District Judge

4